**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Michael Steel, | ) | |
| Petitioner, | ) | CV 08-1030-PHX-PGR (DKD) |
| v. | ) | **ORDER** |
| Charles L. Ryan[1], et al., | ) | |
| Respondents. | ) | |

Currently before the Court is the Report and Recommendation of Magistrate Judge Voss (Doc. 15) based on Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254.[2] Having reviewed *de novo* the Petition, the Report and Recommendation[3] of Magistrate Judge Duncan, and the Petitioner's objections thereto, and in light of the Court's finding that the Petitioner's objections do not have any merit,

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Charles L. Ryan, the Interim Director of the Arizona Department of Corrections, replaces Dora Schriro.

[2] Petitioner challenges his state court conviction for Possession of Narcotic Drug for Sale, with a prior felony conviction, and the trial court's imposition of a 9.25 year term of imprisonment. (Doc. 1.)

[3] Magistrate Judge Duncan concluded that the state court was correct in its finding that Petitioner's "of-right" application for post-conviction relief was untimely and that he was not entitled to tolling, as a matter of law. This Court agrees.

| | |
|---|---|
| 1 |      IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation **(Doc. 14)** is **ACCEPTED** and **ADOPTED** by the Court. |

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation **(Doc. 14)** is **ACCEPTED** and **ADOPTED** by the Court.

IT IS FURTHER ORDERED that Petitioner's Petition for Writ of Habeas Corpus **(Doc. 1)** is **DISMISSED** and **DENIED with prejudice**.

IT IS FURTHER ORDERED that the Clerk of the Court shall close this case.

DATED this 9th day of June, 2009.

_____
Paul G. Rosenblatt
United States District Judge